776

## Commonwealth v. Willis, Appellant.

Argued June 9, 1970. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Paul W. Tressler,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth v. Williams, Appellant.

Argued June 10, 1970. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth v. Williams, Appellant.